1  DAVID A. ROSENFELD, Bar No. 058163
   CAREN P. SENCER, Bar No. 233488
2  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
3  1001 Marina Village Parkway, Suite 200
   Alameda, California 94501-1091
4  Telephone 510.337.1001
   Fax 510.337.1023
5  Attorneys for Defendant

6  CHRISTIAN J. ROWLEY
   SEYFARTH SHAW LLP
7  560 Mission Street, Suite 3100
   San Francisco, CA  94105
8  Tel:    (415) 544-1001
   Fax:    (415) 397-8549

9  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFEWAY, INC., | No.   2:08-cv-1136-JAM-JFM |
| Plaintiff, | |
| v. | |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 439, | |
| Defendant. | |

## STIPULATION AND ORDER FOR DISMISSAL

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

PDF created with pdfFactory trial version www.pdffactory.com

It is hereby stipulated by and between the parties through their counsel that this may be dismissed with prejudice. Each side will bear its own cost and fees.

Dated: February 27, 2010

                              WEINBERG, ROGER & ROSENFELD
                              A Professional Corporation

                              By: /s/ David A. Rosenfeld
                                  DAVID A. ROSENFELD,
                                  Attorneys for Defendant

Dated: March 9, 2010

                              SEYFARTH SHAW LLP

                              By: /s/ Christian J. Rowley
                                  CHRISTIAN J. ROWLEY
                                  Attorneys for Plaintiff

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 9, 2010                        /s/ John A. Mendez
                                             UNITED STATES DISTRICT COURT JUDGE

119087/561341

- 2 -
Stipulation and Order for Dismissal                              (2:08-cv-1136-JAM-JFM)

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

PDF created with pdfFactory trial version www.pdffactory.com